UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE C. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:08CV1072 JCH |
| | ) | |
| TOM CLEMENTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the Court file, plaintiff has failed to comply with the Court's order dated August 18, 2008 in that he has failed to pay the initial partial filing fee of $6.15 within the time prescribed in the Order. Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b) for plaintiff's failure to pay the filing fee in a timely manner.

Dated this 16th Day of October, 2008.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE