UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE C. ANDERSON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1072 JCH |
| ) | |
| TOM CLEMENTS, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time, filed January 20, 2009. (Doc. No. 23). Upon review of the record, the Court notes Plaintiff's case was dismissed by this Court on October 16, 2008. (Doc. No. 9). Plaintiff filed his Notice of Appeal on October 30, 2008. (Doc. No. 11). On December 11, 2008, the Eighth Circuit Court of Appeals issued a scheduling order, in which it ordered Plaintiff to file his Appellant Brief by January 20, 2009. (Doc. No. 21). In the instant motion, Plaintiff requests that this Court extend the January 20, 2009, deadline by forty-five days. This Court lacks jurisdiction to grant the requested relief.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time (Doc. No. 23) is **DENIED**, without prejudice to his right to refile the motion with the Eighth Circuit Court of Appeals.

Dated this 30th day of January, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE